**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**ARIEL MERCADO ROSADO**<br>xxx–xx–5606<br>Debtor(s) | Case No. **18–01283 EAG**<br>Chapter **7**<br>FILED & ENTERED ON 3/26/18 |

*ORDER*

The motion requesting that the §341 meeting of creditors be held by written interrogatory or telephone conference (docket entry #8) is GRANTED, without prejudice to the trustee's subsequent request for an in personam meeting.

IT IS SO ORDERED.

In Ponce, Puerto Rico, this Monday, March 26, 2018 .

Edward A. Godoy
United States Bankruptcy Judge